**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CARLOS ANTONIO ALBA-CERVANTES,<br>　　aka "Carlos Alberto Alba-Cervantes,"<br>　　aka "Carlos Alba," and<br>　　aka "Carlos Cervantes,"<br><br>　　　　Defendant. | Case No. 2:23-mj-465<br><br>**Order Directing Probation to**<br>**Prepare a Criminal History Report** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this 12th day of June, 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE